IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

Algits Incorporated dba NinjaBe

Case No. 21-13888

Debtor

Chapter 11

\* \* \* \* \* \* \* \* \* \* \*

## DEBTOR'S APPLICATION TO EMPLOY
## KLINE LAW GROUP LLC AS BANKRUPTCY COUNSEL

Algits Incorporated dba NinjaBe, the debtor and debtor-in-possession (the "Debtor"), by counsel, hereby submits this Application to Employ Kline Law Group LLC ("KLINE LAW GROUP LLC") as its bankruptcy counsel in this case (the "Application") and, in support thereof, respectfully states as follows:

### Jurisdiction

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. The relief sought in this Application is based upon section 327(a) of title 11 of the United States Code ("Bankruptcy Code").

### Background

3. On June 11, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby initiating this chapter 11 case ("Chapter 11 Case").  The Debtor continues to operate its business as a debtor in possession under sections 1107(a) and 1108 of the Bankruptcy Code.

No request has been made for the appointment of a trustee or examiner and no official committee of creditors has been appointed in the Chapter 11 Case.

4. The Debtor owns an independent diagnostic radiology facility located in Hagerstown, Washington County, Maryland.

### Retention of KLINE LAW GROUP LLC

5. The Debtor seeks to employ the law firm of KLINE LAW GROUP LLC as its bankruptcy counsel in this case, and accordingly requests entry of an order under section 327(a) of the Bankruptcy Code authorizing its employment of KLINE LAW GROUP LLC, *nunc pro tunc*, to the Petition Date, to perform the legal services that the Debtor will require during this case.

6. Section 327(a) of the Bankruptcy Code authorizes the trustee, with court approval, to employ attorneys and other professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." Section 1107(a) of the Bankruptcy Code states that "a debtor in possession shall have all the right ... and powers, and shall perform all the functions and duties ... of a trustee serving in a case under this chapter." Finally, section 328(a) of the Bankruptcy Code permits the employment of a professional "on any reasonable terms and conditions of employment, including on a retainer [or] on an hourly basis...."

7. The Debtor seeks to retain KLINE LAW GROUP LLC as its bankruptcy counsel because of KLINE LAW GROUP LLC's knowledge and experience in the field of bankruptcy and creditors' rights law. KLINE LAW GROUP LLC's attorneys

have represented numerous debtors in chapter 11 reorganization proceedings similar to this case. Moreover, KLINE LAW GROUP LLC attorneys have invested time to become familiar with the Debtor's business and current financial problems. For these reasons, the Debtor believes that KLINE LAW GROUP LLC is well-qualified to represent it in this case.

8. The employment of bankruptcy counsel is appropriate and necessary to enable the Debtor to execute its duties as debtor and debtor-in-possession and to implement its restructuring and reorganization. subject to Court approval, the professional services that KLINE LAW GROUP LLC will render to the Debtor may include, but shall not be limited to, the following:

   a) advising the Debtor with respect to its powers and duties as a debtor-in-possession in the continued operation of its business;

   b) attending meetings and negotiating with representatives of creditors and other parties-in-interest;

   c) taking necessary actions to protect and preserve the Debtor's estate, including the prosecution of actions on the Debtor's behalf, the defense of any actions commenced against the Debtor, and objecting to claims filed against the Debtor's estate;

   d) assisting the Debtor in connection with preparing necessary motions, answers, applications, orders, reports, or other legal papers necessary to the administration of the estate, and appearing in Court on behalf of the Debtor in proceedings related thereto;

e) assisting the Debtor in the preparation of a chapter 11 plan and disclosure statement, and in any other matters and proceedings in connection therewith, including attending court hearings;

f) representing the Debtor in matters which may arise in connection with its business operations, financial and legal affairs, dealings with creditors and other parties-in-interest, sales, and other transactional matters, litigation matters and in any other matters which may arise during this case; and

g) performing all other necessary legal services in connection with the prosecution of this case.

9. To the best of the Debtor's knowledge, and except as set forth in the verified statement of Robert L. Kline, III, attached hereto as Exhibit A (the "Kline Declaration"), KLINE LAW GROUP LLC has no connections with, or interests adverse to, the Debtor, its creditors, or any other party in interest, or their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United states Trustee, in any matter relating to the Debtor or its estate.

10. For the reasons set forth in the Kline Declaration, the Debtor believes KLINE LAW GROUP LLC to be a disinterested person" as defined in section 101(14) of the Bankruptcy Code.

11. The Debtor, subject to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the local rules of this Court (the "Local Bankruptcy Rules"), proposes to pay KLINE LAW GROUP LLC its customary hourly rates for services rendered, as those rates may be

adjusted from time to time, and to reimburse KLINE LAW GROUP LLC for its reasonable, necessary out-of-pocket expenses.

12. The Debtor acknowledges and understands that KLINE LAW GROUP LLC intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for services performed and expenses incurred subsequent to the filing of this case.

13. Pursuant to Local Rule 9013-2 no separate memorandum of law is being filed and the Debtor will rely solely upon this Motion.

## Notice

14. The Debtor is serving notice of this Application on the following parties and their counsel, if known: (a) the Office of the U. S. Trustee, (b) the Securities and Exchange Commission, (c) the Debtor's secured creditors, (d) all trade creditors on the creditor matrix, (e) all taxing authorities, and (f) all parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.  The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtor respectfully requests that the Court enter an order (i) authorizing it to employ KLINE LAW GROUP LLC as its bankruptcy counsel and (ii) granting it such other and further relief to which it may show itself to be entitled.

Dated: June 15, 2021					Respectfully submitted,

/s/ Robert L. Kline, III
Robert L. Kline, III, Bar ID#4357
Kline Law Group LLC
5 Public Square, Suite 200
Hagerstown, MD 21740
240 347 4944
klinelawgroupllc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I reviewed the Court's CM/ECF System and it reports that an electronic copy of the Debtor's Motion and proposed Order will be served electronically by the Court's CM/ECF system on the following:

- **Robert L. Kline**   klinelawgroupllc@gmail.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Christopher S. Young**   cyoung@btlg.us, sphillips@btlg.us;hconnolly@btlg.us;edonohue@btlg.us;hyeung@btlg.us;klohmeyer@btlg.us

/s/ Robert L. Kline, III
Robert L. Kline, III

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, a copy of the foregoing Debtor's Application to Employ Kline Law Group, LLC as Bankruptcy Counsel, Verified Statement of Robert L. Kline, III and proposed Order was served by first-class mail, postage prepaid, to the parties on the attached Creditors Matrix.

/s/ Robert L. Kline, III
Robert L. Kline, III