## Debt Calculation

Name: AlGiTs, Inc.
Master EFA Agreement #         2884
Schedule #         7072

| | |
|---|---:|
| 3 Deferred Payments @: | 0 |
| 60 Payments @: | $ 1,958.18 |
| Term | 63 |
| Payments Made | 6 |
| Past Due Payments | 5 |
| Accelerated Payments (regular) | 52 |
| Discount Rate | 4% |
| Past Due Payments | $ 9,790.90 |
| Accelerated Payments (regular payments), discounted to PV. | $ 93,346.62 |
| **Total Principal Due:** | **$ 103,137.52** |
| Late Fees | $ 1,174.92 |
| Site Inspection | $ 250.00 |
| Insurance Fees | $ - |
| Insufficent Fund Fees | $ - |
| Termination Fee | $ 379.00 |
| Buyout option | $ - |
| Sales Tax | $ - |
| **Total Non-Principal Damages** | **$ 1,803.92** |
| -Security Deposit Application | $ (1,958.18) |
| **TOTAL DUE & OWING (not including attorney fees)** | **$ 102,983.26** |

Date of default: 07/15/2020

EXHIBIT 3 - Page 1 of 1