Fill in the information to identify the case:

Debtor Name: Aigits Incorporated

United States Bankruptcy Court for the: _____ District of Maryland

Case number: 21-13888

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: November

Line of business: Sports

Date report filed: 12/20/2021 (MM/DD/YYYY)

NAISC code: 722410

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Dawn Alexander

Original signature of responsible party: /s/ D. Alexander

Printed name of responsible party: Dawn Alexander

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☒ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | | | |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Algits Incorporated          Case number  21-13888

17. Have you paid any bills you owed before you filed bankruptcy?                          ☐ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**                                             $ 255,212

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                                   $ 301

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                                                 -$ 351

Report the total from *Exhibit D* here.

**22. Net cash flow**                                                                      +$ -50

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                             = $ 255,162

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**                                                                     $ _____
    (Exhibit E)

Debtor Name  Algifs Incorporated                    Case number  21-13888

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                     $ _____
    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                             21
27. What is the number of employees as of the date of this monthly report?                0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0
30. How much have you paid this month in other professional fees?                                      $ 0
31. How much have you paid in total other professional fees since filing the case?                     $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A Projected (Copy lines 35-37 from the previous month's report.) | − | Column B Actual (Copy lines 20-22 of this report.) | = | Column C Difference (Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 0 | − | $ 301 | = | $ 301 |
| 33. Cash disbursements | $ 250 | − | $ 351 | = | $ 101 |
| 34. Net cash flow | $ 250 | − | $ 50 | = | $ 200 |

35. Total projected cash receipts for the next month:            $ 0
36. Total projected cash disbursements for the next month:      − $ 250
37. Total projected net cash flow for the next month:           = $ −250

Debtor Name  Algits Incorporated            Case number  21-13888

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# RECEIPTS AND DISBURSEMENTS RECAP

Debtor: Algito Incorporated　　Case Number: 21-13888

Date Case was filed: 6/11/21

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date. It serves as a running total of overall receipts, disbursements and net cash flow for the case.

| Year: | | | | Year: | | | |
|---|---|---|---|---|---|---|---|
| | Receipts | Disb | Net | | Receipts | Disb | Net |
| Jan | | | 0 | | | | 0 |
| Feb | | | 0 | | | | 0 |
| Mar | | | 0 | | | | 0 |
| Apr | | | 0 | | | | 0 |
| May | | | 0 | | | | 0 |
| Jun | 26525 | 17462 | 9063 | | | | 0 |
| Jul | 58570 | 30864 | 27706 | | | | 0 |
| Aug | 63445 | 38794 | 24651 | | | | 0 |
| Sep | 15132 | 79982 | 64850 | | | | 0 |
| Oct | 26533 | 18421 | 8112 | | | | 0 |
| Nov | 301 | 351 | -50 | | | | 0 |
| Dec | | | 0 | | | | 0 |
| TOTAL | 0 | 0 | 0 | | 0 | 0 | 0 |

Exhibit B

Closing Howard Bank Accounts

*Exhibit C*

| Account 2391 | Credit | Date | Description |
|---|---|---|---|
| | 25 | 11/22/2021 | Bank Credit |

Exhibit C

| Account 4890 | Credit | Date | Description |
|---|---|---|---|
| | 300.9 | 11/22/2021 | Refund |

Exhibit D

| Account 1255 | Debit* | Date | Description |
|---|---|---|---|
| | 134.9 | 11/5/2021 | Vantiv Fees |
| | 141.15 | 11/5/2021 | Vantiv Fees |
| | 20 | 11/15/2021 | Worldpay Fees |

*Requested adjustment-declined

Exhibit D.

| Account 2391 | Debit | Date | Description |
|---|---|---|---|
| | 25 | 11/8/2021 | Bank Fee |

Exhibit O

| Account 4890 Debit | Date | Description |
|---|---|---|
| 30 | 11/18/2021 | CHECK 663 - Contractor check distributed August 2021 |
| 25 | 11/22/2021 | FUNDS TRANSFER DEBIT |

# HOWARD BANK

3301 Boston Street
Baltimore, MD 21224

**Statement Ending 11/30/2021**

Page 1 of 4

RETURN SERVICE REQUESTED

>006599 6138740 0001 093123 10Z 1

ALGITS INCORPORATED
MERCHANT
6030 MARSHALEE DR STE 608
ELKRIDGE MD 21075-5998

### Managing Your Accounts

| | | |
|---|---|---|
| | Primary Branch | Snowden River |
| | Phone Number | 410-750-3285 |
| | Online Banking | HowardBank.com |
| | Telephone Banking | 1-877-527-2703 |
| | Mailing Address | 6011 University Blvd Suite 150 Ellicott City, MD  21043 |

## Final Statement

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | XXXXXXXX1255 | $0.00 |

## SMALL BUSINESS CHECKING-XXXXXXXX1255

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/30/2021 | Beginning Balance | $27,215.76 |
| | 1 Credit(s) This Period | $38,151.80 |
| | 6 Debit(s) This Period | $65,367.56 |
| 11/30/2021 | Ending Balance | $0.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/08/2021 | BUSINESS ONLINE BANKING TRANSFER FROM 1062391 ON 11/08/21 AT 10:36 | $38,151.80 |
| | | 1 item(s) totaling $38,151.80 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/05/2021 | BILLNG VANTIV_INTG_PYMT Merch Bankcard 1290231 AlGiTS Incorporated | $134.90 |
| 11/05/2021 | BILLNG VANTIV_INTG_PYMT Merch Bankcard 1290227 AlGiTS Incorporated- | $141.15 |
| 11/08/2021 | BUSINESS ONLINE BANKING TRANSFER TO 1064890 ON 11/08/21 AT 10:22 | $26,939.71 |
| 11/15/2021 | BUSINESS ONLINE BANKING TRANSFER TO 1064890 ON 11/15/21 AT 14:18 | $38,131.80 |
| 11/15/2021 | COMB. EXC. 5/3 BANKCARD SYS Worldpay COMB. EXC. 4445026412494 ALG | $20.00 |
| | | 5 item(s) totaling $65,367.56 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/22/2021 | CLOSING DDA | $0.00 |
| | | 1 item(s) totaling $0.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/05/2021 | $26,939.71 | 11/15/2021 | $0.00 |
| 11/08/2021 | $38,151.80 | 11/22/2021 | $0.00 |


Member FDIC
EQUAL HOUSING LENDER

## SMALL BUSINESS CHECKING-XXXXXXXX1255 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**HOWARD BANK**
3301 Boston Street
Baltimore, MD 21224

**Statement Ending 11/30/2021**
Page 1 of 4

RETURN SERVICE REQUESTED

>006602 6138740 0001 093123 10Z 1

ALGITS INCORPORATED
DBA NINJABE
6030 MARSHALEE DR STE 608
ELKRIDGE MD 21075-5998

### Managing Your Accounts

| | | |
|---|---|---|
| | Primary Branch | Snowden River |
| | Phone Number | 410-750-3285 |
| | Online Banking | HowardBank.com |
| | Telephone Banking | 1-877-527-2703 |
| | Mailing Address | 6011 University Blvd Suite 150 Ellicott City, MD 21043 |

## Final Statement

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | XXXXXXXX2391 | $0.00 |

## SMALL BUSINESS CHECKING-XXXXXXXX2391

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/30/2021 | Beginning Balance | $38,151.80 |
| | 1 Credit(s) This Period | $25.00 |
| | 3 Debit(s) This Period | $38,176.80 |
| 11/30/2021 | Ending Balance | $0.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 11/22/2021 | FUNDS TRANSFER CREDIT | $25.00 |

1 item(s) totaling $25.00

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/08/2021 | BUSINESS ONLINE BANKING TRANSFER TO 1061255 ON 11/08/21 AT 10:36 | $38,151.80 |

1 item(s) totaling $38,151.80

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/08/2021 | DD SERVICE CHARGE FEE | $25.00 |
| 11/22/2021 | CLOSING DDA | $0.00 |

2 item(s) totaling $25.00

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/08/2021 | -$25.00 | 11/22/2021 | $0.00 |


Member FDIC
EQUAL HOUSING LENDER

## SMALL BUSINESS CHECKING-XXXXXXXX2391 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





## HOWARD BANK
3301 Boston Street
Baltimore, MD 21224

**RETURN SERVICE REQUESTED**

ALGITS INCORPORATED
PAYROLL
9301 SNOWDEN RIVER PKWY
COLUMBIA MD 21046-1544

### Statement Ending 11/30/2021
Page 1 of 4

**Managing Your Accounts**

| | | |
|---|---|---|
| | Primary Branch | Snowden River |
| | Phone Number | 410-750-3285 |
| | Online Banking | HowardBank.com |
| | Telephone Banking | 1-877-527-2703 |
| | Mailing Address | 6011 University Blvd Suite 150 Ellicott City, MD 21043 |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | XXXXXXXX4890 | $79,837.40 |

# SMALL BUSINESS CHECKING-XXXXXXXX4890

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/30/2021 | Beginning Balance | $14,519.99 |
| | 3 Credit(s) This Period | $65,372.41 |
| | 2 Debit(s) This Period | $55.00 |
| 11/30/2021 | Ending Balance | $79,837.40 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/22/2021 | DEPOSIT | $300.90 |
| | | 1 item(s) totaling $300.90 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/08/2021 | BUSINESS ONLINE BANKING TRANSFER FROM 1061255 ON 11/08/21 AT 10:22 | $26,939.71 |
| 11/15/2021 | BUSINESS ONLINE BANKING TRANSFER FROM 1061255 ON 11/15/21 AT 14:18 | $38,131.80 |
| | | 2 item(s) totaling $65,071.51 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/22/2021 | FUNDS TRANSFER DEBIT | $25.00 |
| | | 1 item(s) totaling $25.00 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 663 | 11/18/2021 | $30.00 |

* Indicates skipped check number                     1 item(s) totaling $30.00

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/08/2021 | $41,459.70 | 11/18/2021 | $79,561.50 |
| 11/15/2021 | $79,591.50 | 11/22/2021 | $79,837.40 |



Member FDIC



**Statement Ending 11/30/2021**

*Page 3 of 4*

## SMALL BUSINESS CHECKING-XXXXXXXX4890 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |